UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IRENA K. MAUSNER, *individually and as trustee of the* :
IRENA K. MAUSNER REVOCABLE TRUST U/A/D :
MAY 16, 2022, :
: 23-CV-994 (JMF)
Plaintiff, :
: ORDER
-v- :
:
IAN O. MAUSNER, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On March 1, 2023, Defendant Ian Mausner filed a letter on the docket asking for legal advice in connection with this case.  *See* ECF No. 15.  The Court is not permitted to provide legal advice to a party or counsel.  The Court encourages Mr. Mausner to consult with counsel.

    If, for whatever reason, Mr. Mausner is unable to retain counsel, he is advised that there is a Pro Se Law Clinic in this District to assist parties in civil cases who do not have lawyers.  The Clinic may be able to provide him with advice in connection with this case.  The Pro Se Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  Under normal circumstances, the Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  An unrepresented party can make an appointment by visiting the Clinic's website at https://www.nysd.uscourts.gov/attorney/legal-assistance or by calling (212) 659-6190.

    The Clerk of Court is directed to mail a copy of this Order to Mr. Mausner at the following address: 501 West Broadway, Suite A413, San Diego, CA 92101.

    SO ORDERED.

Dated: March 2, 2023
       New York, New York
                                                            JESSE M. FURMAN
                                                            United States District Judge