UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IRENA K. MAUSNER, *individually and as trustee of the* :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022*, :
: 23-CV-994 (JMF)
Plaintiff, :
: ORDER
:
-v- :
:
IAN O. MAUSNER, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per the Court's earlier Scheduling Order, they must submit a joint letter by the Thursday prior to the upcoming conference. (That earlier Order, ECF No. 9, is partially **VACATED** to the extent it required the parties to also submit a proposed Civil Case Management Plan.) The parties should indicate in their joint letter whether they can do without a conference altogether. If so, the Court may enter a rescheduling order and the parties need not appear. If not (or if the Court concludes that, the parties' views notwithstanding, a conference should be held), the Court will hold the initial conference **by telephone**, albeit perhaps at a different time. To that end, the parties should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

      In the event a conference is held, the parties should join it by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Further, the parties should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of parties and counsel who may speak during the teleconference and the telephone numbers from which they expect to join the call.

      SO ORDERED.

Dated: September 18, 2023  
       New York, New York                 _____  
                                                    JESSE M. FURMAN  
                                                    United States District Judge