UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IRENA K. MAUSNER, *individually and as trustee of the*            :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022*,            :
                                                                  :
                      Plaintiff,          :                    23-CV-994 (JMF)
                                                                  :
        -v-                                                        :                      ORDER
                                                                  :
IAN O. MAUSNER,                                                   :
                                                                  :
                      Defendant.          :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- Absent a settlement, Plaintiff is granted leave to depose Defendant on a date between October 19, 2023, and October 31, 2023.

- Plaintiff shall inform the Court as soon as the parties agree on a date for the deposition. The Court will enter an order scheduling a pretrial conference shortly thereafter.

      SO ORDERED.

Dated: September 29, 2023                    _____
      New York, New York                        JESSE M. FURMAN
                                                United States District Judge