

**THOMAS J. COTTON**
*Admitted in NJ & NY*

Direct Line: 973-540-7333
Email: tjc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

October 20, 2023

**Via ECF**
Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Mausner v. Mausner**
               **Case No. 1:23-cv-0994-JMF**
               **Our File No. 34443-1**
               *Letter-Motion Requesting Limited Adjournment of Initial Pretrial Conference*

Dear Judge Furman:

      This firm represents defendant Ian Mausner ("Defendant") in the above-referenced matter. We write, in accordance with Rule 2(E) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request a limited adjournment of this matter's November 7, 2023 initial pretrial conference.

      1.    **Original date(s):** November 7, 2023.

      2.    **Number of previous requests for adjournment or extension:** None.

      3.    **Whether these previous requests were granted or denied:** Not applicable.

      4.    **Reasons for the requested extension:** Defendant's counsel will be away on personal vacation during the week of November 6, 2023. This is a long-planned vacation with his wife and two young children.

      5.    **Whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent:** Plaintiff's counsel consents to the request. Moreover, all counsel have conferred and—in the interest of facilitating Your Honor's consideration of this request—have confirmed their mutual availability for the following, alternative dates: November 13, 14, or 16.

      6.    **Date of the parties' next scheduled appearance before the Court as well as any other existing deadlines:** There are no other scheduled appearances before the Court. The only other existing deadline is Defendant's court-ordered deposition on October 30, 2023. That deposition will not be affected by this adjournment request.



Hon. Jesse M. Furman, U.S.D.J.
October 20, 2023
Page 2

      Should Your Honor require any additional documents or information for the consideration of this request, the undersigned will immediately provide same. We greatly appreciate the Court's courtesies.

Respectfully submitted,

SCHENCK PRICE SMITH & KING, LLP

s/ Thomas J. Cotton, Esq.
Thomas J. Cotton, Esq.

TJC/s

Application GRANTED. The pretrial conference currently scheduled for November 7, 2023, at 4:30 p.m. is hereby RESCHEDULED to **November 14, 2023, at 3:30 p.m**. The Clerk is directed to terminate ECF No. 67.

SO ORDERED.

October 20, 2023