UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                              :

IRENA K. MAUSNER, *individually and as trustee of the*  :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022,*  :
                                              :

                            Plaintiff,        :                        23-CV-994 (JMF)
                                              :

          -v-                                    :                          ORDER
                                            :

IAN O. MAUSNER,                                :
                                            :

                          Defendant.      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The next pretrial conference in this case is currently scheduled for April 10, 2024.  In light of Plaintiff's pending motion for summary judgment, the Court is inclined to adjourn that conference *sine die*.  Per the Case Management Plan and Scheduling Order ("CMP"), ECF No. 73, the parties should submit their joint status letter on ECF by **April 4, 2024**.  The letter should address, in addition to the issues set forth in the CMP, whether the parties agree that the conference should be adjourned and/or whether the parties believe they can do without a conference altogether.  Unless and until the Court orders otherwise, all existing dates and deadlines — including, as appropriate, the deadlines set forth in the CMP and other Orders — remain in effect.

       If, after reviewing the parties' joint status letter, the Court concludes that a conference is unnecessary at this time, it will issue an order canceling or rescheduling it.  If a conference is held, **it will be by telephone** and may be scheduled for a different time.  To that end, the parties should indicate in their joint status letter dates and times during the week of the currently scheduled conference that they would be available for a telephone conference.  Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

       In the event a conference is held, the parties should join it by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  Further, the parties should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which they expect to join the call.

       SO ORDERED.

Dated:  April 1, 2024
       New York, New York                                   JESSE M. FURMAN
                                                United States District Judge