UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IRENA K. MAUSNER, *individually and as trustee of the*  :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022*,  :
:
                 Plaintiff,  :        23-CV-994 (JMF)
:
    -v-                              :        ORDER
:
IAN O. MAUSNER,  :
:
                 Defendant.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today, the Court hopes that the parties can still reach a settlement as a resolution is in everyone's interests.  To that end, the parties are hereby ORDERED to make a final push for settlement as follows:

- No later than **April 11, 2024**, at **noon**, Plaintiff's counsel shall e-mail Defendant a Microsoft Word version of the most recent proposed settlement agreement.

- No later than **April 15, 2024**, at **5:00 p.m.**, Defendant shall e-mail Plaintiff's counsel (1) any and all of his comments on the proposed settlement agreement, with specific suggestions for any changes; (2) a revised version of the proposed settlement agreement in Microsoft Word format incorporating all of Defendant's proposed changes; and (3) a proposed process and deadline for release of the proceeds of the sale of the California property being held in escrow.  Defendant is reminded that any comments and suggestions should be made with an eye toward reaching a resolution; the goal should not be to demand everything but the kitchen sink.

- No later than **April 18, 2024**, at **5:00 p.m.**, the parties shall confer, by phone or by video, for at least half an hour to discuss Defendant's comments and suggestions and, hopefully, finalize the settlement agreement.

- By **April 19, 2024**, at **noon**, Plaintiff's counsel shall file on ECF a letter (ideally a joint letter) that reports on status of the parties' negotiations and whether it would be helpful for the Court to involve itself in any final negotiations, whether by phone or in person, or otherwise do anything to get the settlement done.

The Court reserves judgment on all motions and letter motions until it is confirmed that the parties cannot resolve this case by settlement.

      SO ORDERED.

Dated: April 10, 2024
      New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge