UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IRENA K. MAUSNER, *individually and as trustee of the* :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022*, :
:
                      Plaintiff, :           23-CV-994 (JMF)
:
        -v- :                ORDER
:
IAN O. MAUSNER, :
:
                      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the videoconference held earlier today:

- No later than **May 16, 2024**, Defendant shall file a letter indicating whether he accepts the settlement agreement. To be clear, the letter should reflect Defendant's willingness to accept a *final* version of the agreement that already reflects all substantive revisions. Accordingly, the parties should work to resolve any substantive differences of opinion before the May 16, 2024 deadline.

- If Defendant accepts the settlement agreement, he shall also provide all requested information on his sources of funds by **May 16, 2024**.

- The Court will hold another conference on **May 20, 2024**, at **10:30 a.m. EST**, either to execute the settlement agreement or, if there is no agreement, to discuss the litigation. The Court will circulate information on how to access the conference (and whether it will be a video or telephone conference) after Defendant files his letter on or before May 16, 2024.

Finally, the Court notes that, with the parties' consent, it spoke with Susanne Toes of the NYLAG Pro Se Legal Clinic to provide some background about the situation and underscore the urgency of getting the parties' settlement across the finish line in the next week. Ms. Toes will contact Defendant shortly, if she has not already.

       SO ORDERED.

Dated: May 9, 2024
       New York, New York
                                                           JESSE M. FURMAN
                                                          United States District Judge