# MELISSA YANG PLLC

136 MADISON AVE., 6TH FL.,
NEW YORK, N.Y. 10016
(646) 516-9529
WWW.MELISSAYANGPLLC.COM

August 19, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

*The motion to adjourn is GRANTED, and the conference is rescheduled to September 26, 2024, at 3:15 p.m. in Courtroom 1105 of the Thurgood Marshall United States Courthouse. No later than August 28, 2024, Plaintiff shall file a response to the request to waive Mr. Mausner's appearance at the conference. The Court reserves judgment on that portion of the motion. The Clerk of Court is directed to terminate ECF No. 152.*

Re: **_Mausner v. Mausner_, 23-CV-994-JMF**

*SO ORDERED.*
*August 23, 2024*

Dear Judge Furman:

    This Firm represents defendant Ian O. Mausner ("Defendant"), and we write concerning the September 12, 2024 conference scheduled in the Opinion and Order, dated August 5, 2024, (dkt. 145 at 38).

    I have a scheduling conflict that prevents me from attending the September 12, 2024 conference in person. Before I was retained as Defendant's counsel, I scheduled two depositions in California for another matter and planned to be there from September 11 through September 18. I discussed this issue with counsel for plaintiff Irena K. Mausner, individually and as trustee of the Irena K. Mausner Revocable Trust U/A/D May 16, 2022 ("Plaintiff") who advised that they do not object to our request for an adjournment. To facilitate a new conference date, the parties matched up their schedules and they are available on the following alternative dates: September 19, 24, 25, and 26. This is Defendant's first request to adjourn the September 12, 2024 conference.

    Given that Defendant is now represented by counsel (*see* dkt. 150 (reflecting notice of appearance)), we also request that Defendant be excused from attending the court conference in person because that would require him to fly to New York City and he is scheduled to be in Europe the latter half of September. We conferred with Plaintiff's counsel, and they advised that they do not consent to this request.

    For the reasons set forth herein, we respectfully request that the September 12, 2024 conference be rescheduled and that Defendant be excused from attending the conference in person.

Respectfully submitted,

Melissa Yang

cc: All counsel of record (via ECF)