UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
IRENA K. MAUSNER, *individually and as trustee of the* :
*Irena K. Mausner Revocable Trust U/A/D May 16, 2022,* :
:
                Plaintiff,      :      23-CV-994 (JMF)
:
      -v-      :      <u>ORDER</u>
:
IAN O. MAUSNER,
:
:
                Defendant.  :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has reviewed the parties' submissions regarding Plaintiff's proposed judgment, *see* ECF No. 169-1, and rules as follows:

- **California Law Claims**: Pursuant to the Court's summary judgment Opinion, Plaintiff is entitled on Counts III, VIII, and IX to "damages in the amount of the 'legal fees and expenses in clearing the cloud on title created by the Fraudulent Grant Deeds,'" which here total $233.  ECF No. 164 ("SJ Op."), at 21-22.

- **Equitable Accounting**: Consistent with the relief sought in Plaintiff's Amended Complaint, *see* ECF No. 10, ¶¶ 127-28, the Court agrees with Defendant that the equitable accounting should be limited to "the production of financial records that concern Dr. Mausner's funds, reflecting how her funds were expended and for any pilfered funds to be returned."  ECF No. 171, at 3; *see also id*. at 3 n.2 ("If Mr. Mausner transferred Dr. Mausner's funds into her personal accounts, we deem information pertaining to those accounts to fall within the scope of relief sought in the equitable accounting claim.").  The Court concludes, however, that Plaintiff's twenty-one-day production deadline is appropriate given the history of this case.

- **Retained Jurisdiction**: The Court will retain jurisdiction for purposes of enforcing the judgment.

- **Rule 62(a) Automatic Stay**: The Court agrees with Plaintiff that, given the history of this case and Defendant's conduct, dissolution of the Rule 62(a) automatic stay is warranted.  *See* ECF 169, at 5.

Plaintiff shall file a revised proposed judgment that accords with this Order no later than **noon TOMORROW, October 23, 2024**. The proposed judgment should include revised pre-judgment interest calculations through October 23, 2024. Finally, the proposed judgment should disaggregate damage calculations claim by claim. *See, e.g.*, ECF No. 171-1, at 2.

    SO ORDERED.

Dated: October 22, 2024
       New York, New York

                                          JESSE M. FURMAN
                                        United States District Judge