UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IRENA K. MAUSNER,                                                       :
:
Plaintiff,                                                              :
:                    23-CV-994 (JMF)
-v-                                                                     :
:                    ORDER
IAN O. MAUSNER,                                                         :
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 23, 2024, the Court entered judgment in Plaintiff's favor. *See* ECF No. 174. That judgment entitled Plaintiff to, among other things, funds transferred by Defendant to "Robinhood Account A" and "equitable relief in the form of an accounting." *Id.* at 1, 3. On December 30, 2024, Plaintiff filed a motion to compel Defendant to comply with the judgment, citing Defendant's failure to (1) transfer the remaining funds in Robinhood Account A to Plaintiff; and (2) provide financial records "demonstrating how all the money that Dr. Mausner entrusted to him was expended." ECF No. 176, at 1. The Court agrees that Defendant has failed to comply, and thus GRANTS the motion to compel substantially for the reasons stated by Plaintiff in her motion.

Although Defendant repeatedly insists that compliance with these demands is impossible because he lacks access to the requisite bank accounts, *see* ECF No. 185, he (1) does not substantiate these claims with any documentation; and (2) has not signed Plaintiff's form (the "Robinhood Form"), provided by Robinhood, which would "facilitate the release of [the Robinhood Account A] money to Dr. Mausner." *Id.* at 2. Accordingly, **no later than January**

**29, 2025**, Defendant is hereby ORDERED to:

- Sign and return to Plaintiff's counsel the Robinhood Form to facilitate the release of Robinhood Account A funds to Plaintiff; and

- Provide Plaintiff with written correspondence or documentation from each relevant financial institution confirming Defendant's inability to access bank statements. In the absence of such documentation from any such institution, Defendant shall provide Plaintiff with all financial records from that institution demonstrating how all the funds that Plaintiff entrusted to him were expended.

Defendant is warned that his failure to comply with this Order by the deadline may result in his being held in contempt or other sanctions.

The Clerk of Court is directed to terminate ECF No. 176.

SO ORDERED.

Dated: January 15, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge