UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    IRENA K. MAUSNER,

                  Plaintiff,

          -v-                                                    23-CV-994 (JMF)

    IAN O. MAUSNER,                                      ORDER

                  Defendant.
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 6, 2025, Plaintiff filed a letter motion seeking, among other things, an order from the Court (1) directing Defendant to return approximately $119,000 from Robinhood Account A to Plaintiff and imposing related sanctions, and (2) directing Defendant to release funds being held in a California escrow account to Plaintiff.  *See* ECF No. 190.  Having reviewed the parties' submissions, the motion is DENIED without prejudice to renewal by way of a formal motion filed in accordance with the Local Civil Rules and this Court's Individual Rules and Practices (neither of which permits motions for the relief requested here to be made by letter motion) and supported by applicable legal authority.  In the event that Plaintiff files a formal motion, Defendant shall file any opposition **within two weeks of the motion**, and Plaintiff shall file any reply **within one week of the opposition**.

       If Plaintiff renews her motion, the parties should address, among other issues, the following in their motion papers:

(1) Whether an order of contempt or imposition of sanctions is appropriate given that Defendant's transfer of the Robinhood Account A funds occurred after the Court's summary judgment opinion but prior to entry of the final Judgment; and

(2) Whether the Court can order relief as to the California escrow account, independent of judgment collection efforts in the normal course, given that the underlying real estate agreement was not at issue in this case.

The Clerk of Court is directed to terminate ECF No. 190.

       SO ORDERED.

Dated: March 21, 2025
       New York, New York                          _____
                                                                JESSE M. FURMAN
                                                       United States District Judge